# EXHIBIT 2

# Amendments to the Claims

1.     A method of operating a computer network to add function to a Web page comprising;

downloading said Web page at a processor platform, said downloading step being performed by a Web browser;

when said Web page is downloaded, automatically executing a first code module embedded in said Web page;

said first code module issuing a first command to retrieve a second code module;

assembling, in response to said issuing operation, said second code module having a service response;

said first code module issuing a second command to initiate execution of said second code module; and

initiating execution of said second code module at said processor platform in response to said second command.


2.     A method as claimed in claim 1 wherein said first code module issues said first command to retrieve said second code module from a server system via a network connection.


3.     A method as claimed in claim 1 wherein said assembling operation is performed at a server system, and said method further comprises downloading said second code module to said processor platform.


4.     A method of operating a computer network to add function to a Web page comprising:

downloading said Web page at a processor platform, said downloading step being performed by a Web browser; when said Web page is downloaded, automatically executing a first code module embedded in said Web page;

said first code module issuing a command to retrieve a second code module;

receiving, at a server system, information characterizing at least one of said processor platform and said Web browser [[,]];

assembling, in response to said issuing operation, said second code module having a service response, said assembling operation being performed at a server system, and said assembling operation assembling said second code module I response to said information;

downloading said second code module to said processor platform; and

initiating execution of said second code module at said processor platform.

5. A method as claimed in claim 4 further comprising storing said information in a visitor database of said server system, said information being associated with a tracking index.

6. A method as claimed in claim 5 further comprising the steps of:

applying said tracking index to said processor platform in response to said information; and

using said tracking index at said server system to track and identify said processor platform.

8. A method as claimed in claim 1 wherein said Web browser employs HyperText Transfer Protocol (HTTP), said first code module and said Web page are generated in a HyperText Markup Language (HTML), and said first code module includes a comment tag informing said Web browser to ignore said second command.

9. A method as claimed in claim 1 wherein said method further comprises:

receiving, at a server system, a Web address of said Web page;

determining if said Web page is registered with said server system; and

when said Web page is not registered, performing a registration of said Web page.

10. A method as claimed in claim 9 wherein said performing operation comprises:

receiving said Web page at said server system;

extracting informational content of said Web page;

archiving said informational content of said Web page; and

producing a profile of said Web page in response to said extracting and archiving steps.

11. A method as claimed in claim 10 wherein said service response is related to said profile of said Web page, and said method further comprises:

storing said service response in association with said Web address; and

accessing said service response when said first code module issues said command so that said service response is included in said second code module.

12. A method as claimed in claim 1 wherein said service response is one of a denial of service indication, and conditional service indication, and a predetermined service.

13. A method as claimed in claim 1 further comprising presenting said service response at said processor platform in response to said initiating operation.

14. A method as claimed in claim 13 further comprising terminating said presenting operation upon detection, at said server system, of a terminate service response indicator from said processor platform.

15. A method as claimed in claim 1 wherein said service response is a metaphor, and said method further comprises the step of displaying said metaphor in connection with said Web page on said processor platform.

16. A method as claimed in claim 15 further comprising the step of customizing said metaphor to include a parameter set relevant to said Web page, said customized metaphor describing a conditional service presented upon execution of said second code module.

17. A method of operating a computer network to add function to a Web page comprising:
downloading said Web page at a processor platform, said downloading step being performed by a Web browser;
when said Web page is downloaded, automatically executing a first code module embedded in said Web page;
said first code module issuing a command to retrieve a second code module;
assembling, in response to said issuing operation, said second code module having a service response, said service response is a metaphor;
initiating execution of said second code module at said processor platform;

displaying said metaphor in connection with said Web page on said processor platform;
> detaching said metaphor from said Web page; and
> displaying said metaphor disassociated from said Web page.

18. A method as claimed in claim 1 further comprising the steps of:
executing said second code module in response to said initiating operation, said second code module including a Web address for a second Web page;
> downloading information content from said second Web page at said processor platform; and
> presenting said information content in said service response at said processor platform.

19. A computer readable code module for adding function to a Web page, said code module configured to be embedded in said Web page generated in a HyperText Markup Language (HTML) and configured for automatic execution when said Web page is downloaded to a client machine supporting a graphical user interface and a Web browser, said computer readable code module including:
> means for communicating a Web address of said Web page to a server system via a network connection to initiate a download of a second computer readable code module to said client machine;
> means for commanding an assembly, at said server system, of said second computer readable code module containing a service response related to said Web page;
> means for commanding a download of said second computer readable code module to said client machine;
> means for initiating execution of said second computer readable code module following said download of said second computer readable code module; and
> means for providing a comment tag informing said Web browser to ignore said initiating means.

20. A computer readable code module as claimed in claim 19 further comprising means for communicating information characterizing at least one of said Web browser and said client machine to said server system so that said assembled second computer readable code module is responsive to said information.

21. A method of operating a computer network to add function to a Web page comprising:

downloading said Web page at a processor platform, said downloading operation being performed by a Web browser;

when said Web page is downloaded, automatically executing a first code module embedded in said Web page, wherein execution of said first code module initiates retrieval of a second code module;

receiving, at a server system, information from said processor platform;

providing, from said server system, said second code module having a service response, said service response being formed in response to said information;

downloading said second code module to said processor platform; and

initiating execution of said second code module at said processor platform.

22. A method as claimed in claim 21 wherein said information received at said server system characterizes at least one of said processor platform and said Web browser.

23. A method as claimed in claim 21 further comprising:
obtaining informational content of said Web page at said server system; and
determining said service response related to said informational content.

24. A method as claimed in claim 21 further comprising:
storing, at said server system, said service response in association with a Web address of said Web page; and
said providing operation accesses said service response associated with said Web address so that said service response is included in said second code module.

25. A method as claimed in claim 21 wherein said service response is one of a denial of service indication, a conditional service indication, and a predetermined service.

26. A method as claimed in claim 21 further comprising presenting said service response at said processor platform in response to said initiating operation.

27. A method as claimed in claim 26 further comprising terminating said presenting operation upon detection, at said server system, of a terminate service response indicator from said processor platform.

28. A method as claimed in claim 21 wherein said service response is a metaphor, and said method further comprises the step of displaying said metaphor in connection with said Web page on said processor platform.

29. A method as claimed in claim 28 further comprising:
    detaching said metaphor from said Web page; and
    displaying said metaphor disassociated from said Web page on said processor platform.

30. A method as claimed in claim 21 wherein said second code module includes a Web address for a second Web page, and said method further comprises:
    downloading information content from said second Web page at said processor platform in response to said execution of said second code module; and
    presenting said information content in said service response at said processor platform.