UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Modavox, Inc. **Plaintiff** -v- Tacoda, Inc. **Defendant** | Case No.<br><br>**Rule 7.1 Statement** |
|---|---|

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for __Modavox, Inc.__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: __August 9, 2007__

**Signature of Attorney**

Attorney Bar Code: 5830 DFC

Form Rule7_1.pdf