AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/9/07 AT 4:50 P.M. |
| NAME OF SERVER *(PRINT)* <br> DI CONG JIANG | TITLE <br> PROCESS SERVER    LICENSE NO. 1220800 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): DEFENDANT TACODA, INC. AT 345 SEVENTH AVENUE, NEW YORK, NEW YORK BY LEAVING IT WITH JULIE NOLAN, WHITE FEMALE, BROWN HAIR, GLASSES, 36-50 YRS., 5'4" 131-160LBS.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/9/07
                  Date

*Signature of Server*
DI CONG JIANG

SUNNYSIDE, NEW YORK
*Address of Server*

SWORN TO ME BEFORE THIS
10TH DAY OF AUGUST, 2007

NOTARY PUBLIC

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.