08/16/2007 17:41   2126920943   FOX ROTHCHILD   PAGE 02/02

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MODAVOX, INC.,

        Plaintiff,

-v-

TACODA, INC.,

        Defendant.

CASE NUMBER: 07-CV-7088 (CM)

STIPULATION EXTENDING TIME FOR DEFENDANT TACODA, INC. TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through the undersigned counsel, that the time for Defendant Tacoda, Inc. to answer, move, or otherwise respond to the Complaint, now due on September 4, 2007, is extended to September 17, 2007.

Dated: New York, New York
August 16, 2007

FOX ROTHSCHILD LLP

By: _____

Daniel F. Coughlin (DC-5830)
John Skinner (JS-9427)
100 Park Avenue, Suite 1500
New York, New York 10017
Telephone: (212) 878-7900
Facsimile (212) 692-0940

*Attorneys for Plaintiff
Modavox, Inc.*

Dated: New York, New York
August 16, 2007

KELLEY DRYE & WARREN LLP

By: _____

Paul W. Garrity (PG-3492)
Mark E. McGrath (MM-8629)
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Attorneys for Defendant
Tacoda, Inc.*

SO ORDERED:

_____
United States District Judge
Dated: 8/27/07

NY01/GARRP/1230405.1
NY1 36163v1 08/16/07