## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of September 2007, a copy of the foregoing was served electronically upon:

Paul W. Garrity, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178-0002
pgarrity@kelleydrye.com

 

Daniel Coughlin, Esq.
Fox Rothschild LLP
100 Park Ave., Suite 1500
New York, NY 10017
(212) 878-7900

NY1 37464v1 09/11/07