McMahon, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MODAVOX, INC.,

    Plaintiff,

v.

TACODA, INC.,

    Defendant.

Civil Action No.
1:07-cv-07088 (CM)

**STIPULATION AND ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for defendant Tacoda, Inc. to answer, move against, or otherwise respond to plaintiff's Complaint is hereby extended from September 17, 2007 up to and including October 19, 2007.

Dated: New York, New York
       September 17, 2007

FOX ROTHSCHILD LLP

By: _____
Daniel Foster Coughlin (DC 5830)

100 Park Avenue
Suite 1500
New York, NY 10015

Attorneys for Plaintiff
Modavox, Inc.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Paul R. Gupta (1474006) (PG 3139)

666 Fifth Avenue
New York, NY 10103-0001
212-506-5000

Attorneys for Defendant
Tacoda, Inc.

SO ORDERED:

_____
U.S.D.J.

9-17-07