UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
MODAVOX, INC.

                           Plaintiff,

    -against-

TACODA, INC.

                           Defendant.
-------------------------------------------------------x

:   07-cv-07088 (CM)

: **NOTICE OF APPEARANCE**

      Please enter the appearance of the undersigned attorneys as counsel of record for Defendant in the above-captioned action.

Dated:    New York, New York
            September 20, 2007

                                      Respectfully submitted,

                                      _ s/ Paul R. Gupta_____
                                      Paul R. Gupta (PG 3139)
                                      Alex Verbin Chachkes (AC 2765)
                                      ORRICK, HERRINGTON & SUTCLIFFE LLP
                                      666 Fifth Avenue
                                      New York, New York  10103
                                      (212) 506-5000
                                      (212) 506-5151 (fax)