Paul R. Gupta
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

Attorneys for Tacoda, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MODOVOX, INC.,

    Plaintiff,

v.

TACODA, INC.,

    Defendant.

07-CV-7088 (CM)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusals, the undersigned certifies with respect to Defendant Tacoda,, Inc. ("Defendant"), that the following are either a parent corporation or a publicly held corporation directly or indirectly owning 10% or more of Defendant's stock:

    Time Warner Inc.

    AOL LLC

-2-

Dated: New York, New York
October 5, 2007

                    Respectfully submitted,

                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                    Attorneys for Defendant
                    Tacoda, Inc.

By:     */s/ Paul R. Gupta*
                    Paul R. Gupta
                    666 Fifth Avenue
                    New York, New York 10103
                    212-506-5000