UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

Modavox, Inc.,

        Plaintiff(s),

    -against-

Tacoda, Inc.,

        Defendant(s).
---------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/17/ 7
```

07 Civ 7088 (CM) (GWG)

SECOND AMENDED
CALENDAR NOTICE

Please take notice that the above captioned matter has been scheduled for:

___ Pre-trial Conference    ___ Status Conference    ___ Oral argument
___ Settlement conference    ___ Plea Hearing    (Bankruptcy Appeal)
_✓_ Rule (16) conference    ___ Final pre-trial conference
___ Telephone Conference    ___ Jury Selection and Trial
___ Non-Jury Trial    ___ Inquest

**before the Honorable Colleen McMahon, United States District Judge, on Friday, November 30, 2007 at 10:00 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

    Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: October 17, 2007
    New York, New York

           So Ordered

           _____
           Colleen McMahon, U.S.D.J