IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MODAVOX, INC. | § § § § § § § § § § § § § | Civil Action 07-CV-7088 (CM) |
| PLAINTIFF | | |
| V. | | |
| TACODA, INC. | | |
| DEFENDANT | | |

## NOTICE OF APPEARANCE

Notice is hereby given that William Benjamin Tabler, III, is entering his appearance as counsel for Defendant, Tacoda, Inc., for the purpose of receiving notices from the Court.

Dated this 31st day of October, 2007.

BY:/s/ William Benjamin Tabler, III
Attorney-At-Law
WT-4418

ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 506-5053
Facsimile: (212) 506-5151

ATTORNEYS FOR DEFENDANT TACODA, INC.

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2007, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's electronic filing system.

/s/ William Benjamin Tabler, III
William Benjamin Tabler, III

OHS East:160328146.1
19528-2007 PS7/PS7