Modavox v. Tacoda, Civ. # 07-7088 (CM)(GWG)
Jointly Proposed Case Schedule

| Parties' Proposed Dates | |
|---|---|
| 11/30/07 | Rule 16 FRCP conference |
| 12/7/07 | Parties to discuss Protective Order |
| 12/19/07 | Plaintiff's preliminary disclosure of asserted claims and infringement charts identifying allegedly infringing product and basis for infringement (for settlement purposes only) |
| 1/18/08 | Defendant's preliminary invalidity contentions and charts (for settlement purposes only) |
| February 2008 | Meet and confer between the parties regarding settlement and mediation (exact date to be decided at parties' convenience) |
| 3/14/08 | Rule 26(f) FRCP initial disclosures |
| 4/21/08 | All applications to amend pleadings or amendments as of right shall be made, and any additional parties joined, by April 21, 2008 |
| 7/25/08 | Exchange of proposed terms and claim elements for construction |
| 8/15/08 | Exchange of preliminary claim construction and extrinsic evidence |
| 9/15/08  9/19/08 | Meet and confer between the parties to discuss Markman issues |
| 9/26/08 | Completion of claim construction related discovery |
| 10/17/08 | Opening claim construction briefs |
| 10/31/08 | Opposing claim construction briefs |
| 11/14/08 | Reply claim construction briefs |

OHS East:160846758.4

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/3/07

Modavox v. Tacoda, Civ. # 07-7088 (CM)(GWG)
Jointly Proposed Case Schedule

| Parties' Proposed Dates | |
|---|---|
| 11/24/08 – 11/26/08 | Claim construction hearing, before Thanksgiving on 11/27/08 |
| 20 days from CC ruling | Plaintiff's FINAL infringement contentions and chart due (amendable only by Order of Court) |
| 40 days from CC ruling | Defendant's FINAL invalidity contentions and chart due (amendable only by Order of Court) |
| 45 days from CC ruling | Fact discovery cut-off (and filing of non-dispositive discovery motions) |
| 75 days from CC ruling | Parties to serve expert reports and experts CV for which they bear burden of proof |
| 105 days from CC ruling | Parties to serve rebuttal expert reports |
| 135 days from CC ruling | Expert discovery closes |
| 165 days from CC ruling | Filing of dispositive motions/summary judgment motions by December 1, 2008 |
| 185 days from CC ruling | Counsel shall meet and confer regarding pretrial preparation (at least 45 days before pretrial conference) |
| 205 days from CC ruling | Joint Pretrial Statement due (including action, factual basis for action, disputed legal issues, joint set of jury instructions, exchange of exhibits, etc.) |
| 215 days from CC ruling | Last day to file objections to evidence/exhibits |
| 225 days from CC ruling | Last day to file response to objections to evidence/exhibits |
| 230 days from CC ruling | Pre-Trial Conference (subject to Court calendar) |
| 245 days from CC ruling | Trial ready date or 30 days after denial of dispositive motions (subject to Court calendar) |

OHS East:160346758.4