IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MODAVOX, INC. | ) | Civil Action No. 07-CV-7088 (CM) |
| Plaintiff, | ) | |
| v. | ) | [ECF Case] |
| TACODA, INC. | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

The below identified firm hereby enters its appearance on behalf of Plaintiff MODAVOX, INC.

Dated: April 14, 2008              Respectfully Submitted,

SCHWEITZER CORNMAN
GROSS & BONDELL LLP

_____
Jay A. Bondell (JB 8521)
Schweitzer Cornman Gross & Bondell LLP
292 Madison Avenue
19th Floor
New York, New York 10017
(646) 424-0770
fax: (646) 424-0880
e-mail: jaybondell@scgb-law.com