

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MODAVOX, INC. | ) | Civil Action No. 07-CV-7088 (CM) |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION AND |
| | ) | MOTION FOR SUBSTITUTION OF |
| v. | ) | ATTORNEY |
| | ) | |
| TACODA, INC. | ) | [ECF Case] |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

Plaintiff MODAVOX, INC. ("Modavox") hereby moves the Court for a Substitution of Attorney in accordance with Local Rule 1.4.

Pursuant to Local Rule 1.4, Plaintiff's present counsel and Plaintiff have conferred and mutually agree that substitution of counsel is in the best interests of both Plaintiff and their present counsel. Modavox moves this Court for substitution of its current counsel,

**Daniel Foster Coughlin**
Fox Rothschild LLP (NYC)
100 Park Avenue, Suite 1500
New York, NY 10017
(212) 878-7904
Fax: (212) 692-0940
Email: dcoughlin@foxrothschild.com

*and*

**John Jerome Skinner, Jr.**
Fox Rothschild LLP (NYC)
100 Park Avenue, Suite 1500
New York, NY 10017

*[Handwritten note: 4/22/08 — I need current written consent from plaintiff and an undertaking from new counsel that this will not delay matters.]*

1

(212) 878-7931
Fax: (212) 692-0940
Email: jskinner@foxrothschild.com

with new counsel:

**Jay A. Bondell**
Schweitzer Cornman Gross & Bondell LLP
292 Madison Avenue
19th Floor
New York, New York 10017
(646) 424-0770
fax: (646) 424-0880
e-mail: jaybondell@scgb-law.com

**David R. Shaub** (will apply *pro hac vice*)
**Lisbeth Bosshart** (will apply *pro hac vice*)
Shaub & Williams LLP
12121 Wilshire Blvd. Ste. 205
Los Angeles, CA 90025
(310) 826-6678
fax (310) 826-8042
e-mail: dave@sw-law.com
e-mail: lisbeth@sw-law.com

**David R. Rosenbaum** (will apply *pro hac vice*)
Rosenbaum & Associates, P.C.
650 Dundee Road Ste. 380
Northbrook, Ill. 60062
(847) 770-6000
fax (847) 770-6006
e-mail: drosenbaum@biopatentlaw.com

On November 30, 2007, the parties held a Rule 16 conference and the

discovery period has commenced.

04/21/2008 14:36   2126920943   FOX ROTHCHILD   PAGE 03/04

Dated: April 18, 2008

                          Respectfully Submitted,

                          Fox Rothschild LLP (NYC)

                          _____
                          John Jerome Skinner, Jr. (JS 9421)

                          _____
                          Daniel Foster Coughlin (DC5830)

                          Fox Rothschild LLP (NYC)
                          100 Park Avenue, Suite 1500
                          New York, NY 10017
                          (212) 878-7931
                          Fax: (212) 692-0940
                          Email: jskinner@foxrothschild.com
                                       dcoughlin@foxrothschild.com

                          Schweitzer Cornman Gross & Bondell LLP

                          _____
                          Jay A. Bondell (JB 8521)

                          Schweitzer Cornman Gross & Bondell LLP
                          292 Madison Avenue
                          19th Floor
                          New York, New York 10017
                          (646) 424-0770
                          fax: (646) 424-0880
                          e-mail: jaybondell@scgb-law.com