IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MODAVOX, INC. | ) | Civil Action No. 07-CV-7088 (CM) |
| | ) | |
|             Plaintiff, | ) | SUPPLEMENT TO PLAINTIFF'S |
| | ) | NOTICE OF MOTION AND |
| v. | ) | MOTION FOR SUBSTITUTION OF |
| | ) | ATTORNEY |
| TACODA, INC. | ) | |
| | ) | [ECF Case] |
|             Defendant. | ) | |

Plaintiff MODAVOX, INC. ("Modavox") hereby supplements its Motion for

Substitution of Attorney pursuant to Judge McMahon's Memo Endorsement of

Plaintiff's Motion for Substitution of Attorney dated April 22, 2008, by submitting

for the Court's consideration, Plaintiff's written consent to the substitution of

counsel and an undertaking from Plaintiff's new counsel that the substitution will

not delay matters.

Dated: May 2, 2008

                                  Respectfully Submitted,

                                  Schweitzer Cornman Gross & Bondell LLP

                                  Jay A. Bondell (JB 8521)
                                  Schweitzer Cornman Gross & Bondell LLP
                                  292 Madison Avenue
                                  19th Floor
                                  New York, New York 10017
                                  (646) 424-0770
                                  fax: (646) 424-0880
                                  e-mail: jaybondell@scgb-law.com

1

**David R. Shaub** (will apply *pro hac vice)*
**Lisbeth Bosshart** (will apply *pro hac vice)*
Shaub & Williams LLP
12121 Wilshire Blvd. Ste. 205
Los Angeles, CA 90025
(310) 826-6678
fax (310) 826-8042
e-mail: dave@sw-law.com
e-mail:lisbeth@sw-law.com

**David R. Rosenbaum** (will apply *pro hac vice)*
Rosenbaum & Associates, P.C.
650 Dundee Road Ste. 380
Northbrook, Ill.  60062
(847) 770-6000
fax (847) 770-6006
e-mail: drosenbaum@biopatentlaw.com