IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MODAVOX, INC. | ) | Civil Action No. 07-CV-7088 (CM) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [ECF Case] |
| | ) | |
| TACODA, INC. | ) | |
| | ) | |
| Defendant. | ) | |

Schweitzer Cornman Gross & Bondell, LLP on its behalf and on behalf of Shaub & Williams LLP and Rosenbaum & Associates, P.C. hereby undertakes that the grant of Plaintiff's Motion for Substitution of Attorney which substitutes Schweitzer Cornman Gross & Bondell, LLP, Shaub & Williams LLP, and Rosenbaum & Associates, P.C. as new counsel for Plaintiff Modavox, Inc., will not delay this case.

Respectfully Submitted,

Schweitzer Cornman Gross & Bondell LLP

_____
Jay A. Bondell (JB 8521)
Schweitzer Cornman Gross & Bondell LLP
292 Madison Avenue, 19th Floor
New York, New York 10017
(646) 424-0770
fax: (646) 424-0880
e-mail: jaybondell@scgb-law.com

**David R. Shaub** (will apply *pro hac vice*)
**Lisbeth Bosshart** (will apply *pro hac vice*)
Shaub & Williams LLP
12121 Wilshire Blvd. Ste. 205
Los Angeles, CA 90025
(310) 826-6678
fax (310) 826-8042
e-mail: dave@sw-law.com
e-mail:lisbeth@sw-law.com

**David R. Rosenbaum**
(will apply *pro hac vice*)
Rosenbaum & Associates, P.C.
650 Dundee Road Ste. 380
Northbrook, Ill. 60062
(847) 770-6000
fax (847) 770-6006
e-mail: drosenbaum@biopatentlaw.com