IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MODAVOX, INC. | ) | Civil Action No. 07-CV-7088 (CM) |
| | ) | |
| Plaintiff, | ) | DECLARATION OF DAVID IDE IN |
| | ) | SUPPORT OF MOTION FOR |
| v. | ) | SUBSTITUTION OF ATTORNEY |
| | ) | |
| TACODA, INC. | ) | [ECF Case] |
| | ) | |
| Defendant. | ) | |

I, David Ide, declare as follows:

1. I am the Chief Executive Officer of Modavox, Inc. ("Modavox").

2. On behalf of Modavox, I hereby consent to the substitution of its counsel as set forth in Plaintiff's Notice of Motion and Motion for Substitution of Counsel dated April 18, 2008.

MODAVOX, INC.

Dated: April 25, 2008        By: _____
David Ide,
Chief Executive Officer

1