IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MODAVOX, INC. | § § § | 07 CV 7088 (CM) |
| Plaintiff, | § § | MOTION TO ADMIT COUNSEL PRO HAC VICE |
| v. | § § § | |
| TACODA, INC. | § § | [ECF Case] |
| Defendant. | § § § § § | |

**PURSUANT TO RULE 1.3(c)** of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jay A. Bondell, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

David G. Rosenbaum
Rosenbaum & Associates, P.C.
650 Dundee Road Ste. 380
Northbrook, Ill. 60062
Tel: (847) 770-6000
Fax: (847) 770-6006

David R. Shaub
Shaub & Williams LLP
12121 Wilshire Blvd., Suite 205
Los Angeles, CA 90025
Tel: 310-826-6678
Fax: 310-826-8042

David G. Rosenbaum is a member in good standing of the Bar of the States of Illinois and Arizona. There are no pending disciplinary proceedings against David G. Rosenbaum in any State or Federal court. Copies of Certificates of Good Standing for Mr. Rosenbaum for these states are enclosed herewith.

David R. Shaub is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against David R. Shaub in any State or Federal Court. A Certificate of Good Standing for Mr. Shaub for California is enclosed herewith.

Dated: May 7, 2008

                                      SCHWEITZER CORNMAN GROSS & BONDELL LLP
                                      Attorneys for Plaintiff
                                      292 Madison Avenue
                                      19th Floor
                                      New York, NY 10017
                                      Telephone: (646) 424-0770
                                      Facsimile: (646) 424-0880

By                 /s/ C. Bondell
                                      Jay A. Bondell (JB 8521)



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

RECEIVED
APR 10 2008
Rosenbaum & Associates, P.C.

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838   (800) 252-8048
Fax (217) 522-2417

David G. Rosenbaum
Rosenbaum & Associates
650 Dundee Road, Suite 380
Northbrook, IL 60062-2757

Chicago
Wednesday, April 09, 2008

In re: David G. Rosenbaum
Admitted: 11/16/1984
Attorney No. 6188852

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Thomas W. Peters
Registrar

TWP:jpo

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **DAVID GUSTAV ROSENBAUM,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on November 9, 1985, and is now, as of the date of this Certificate, an inactive member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 16th day of April, 2008.

_____
Leticia V. D'Amore
Disciplinary Clerk

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

*I, Rachelle M. Resnick, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the State Bar of Arizona*

### DAVID GUSTAV ROSENBAUM

*was on the 9th day of November, 1985, duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as a member of the Bar in good standing, and in the records of the State Bar of Arizona as an inactive member in good standing.*



*Given under my hand and the seal of said Court this 18th day of April, 2008.*

RACHELLE M. RESNICK, Clerk

By _____
Carmen L. Fulce
Deputy Clerk II

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

April 11, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID RIPLEY SHAUB, #032322 was admitted to the practice of law in this state by the Supreme Court of California on January 9, 1962; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MODAVOX, INC. | § § § | 07 CV 7088 (CM) |
| Plaintiff, | § § | DECLARATION OF JAY A. BONDELL |
| v. | § § | IN SUPPORT OF MOTION TO ADMIT |
| TACODA, INC. | § § § | COUNSEL PRO HAC VICE |
| | § § | [ECF Case] |
| Defendant. | § § | |

I, Jay A. Bondell, declare as follows:

1. I am an attorney at Schweitzer Cornman Gross & Bondell LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit David G. Rosenbaum and David R. Shaub as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1978. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I know David G. Rosenbaum and David R. Shaub. David G. Rosenbaum is an attorney at Rosenbaum & Associates, P.C. in Northbrook, Illinois. David R. Shaub is an attorney at Shaub & Williams LLP in Los Angeles, California.

4. I have found Mr. Rosenbaum and Mr. Shaub to be skilled attorneys and persons with high integrity and moral character. Mr. Rosenbaum and Mr. Shaub are experienced in Federal practice and are familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of David G. Rosenbaum and David R. Shaub, pro hac vice.

6. I respectfully submit a proposed order granting the admission of David G. Rosenbaum and David R. Shaub, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit David G. Rosenbaum and David R. Shaub, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed:    New York, NY
May 7, 2008

SCHWEITZER CORNMAN GROSS & BONDELL LLP
Attorneys for Plaintiff
292 Madison Avenue
19th Floor
New York, NY  10017
Telephone:  (646) 424-0770
Facsimile:  (646) 424-0880

By         /s/ J. G. Bondell
           Jay A. Bondell (JB 8521)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MODAVOX, INC. | § § § | 07 CV 7088 (CM) |
| Plaintiff, | § § | |
| v. | § § | ORDER |
| | § § | |
| TACODA, INC. | § § | [ECF Case] |
| | § § § § | |
| Defendant. | § | |

Upon the motion of Jay A. Bondell, attorney for Plaintiff Modavox, Inc., and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

David G. Rosenbaum
Rosenbaum & Associates, P.C.
650 Dundee Road Ste. 380
Northbrook, Ill. 60062
Tel: (847) 770-6000
Fax: (847) 770-6006

David R. Shaub
Shaub & Williams LLP
12121 Wilshire Blvd., Suite 205
Los Angeles, CA 90025
Tel: 310-826-6678
Fax: 310-826-8042

are admitted to practice pro hac vice as counsel for Plaintiff Modavox, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.


Dated: _____, 2008
New York, NY


_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

It is hereby certified that on May 8, 2008, a true copy of the foregoing Motion to Admit Counsel Pro Hac Vice, Declaration of Jay A. Bondell in support thereof, and order for admission pro hac vice, has been served by first class mail, postage prepaid, upon:

>Paul R. Gupta
>Orrick, Herrington & Sutcliffe LLP
>666 Fifth Avenue
>New York, NY 10103

By: _____
Elliot W. Lipins