IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MODAVOX, INC. | § § § | 07 CV 7088 (CM) |
| Plaintiff, | § § | MOTION TO ADMIT COUNSEL PRO HAC VICE |
| v. | § § § | |
| TACODA, INC. | § § § § § | [ECF Case] |
| Defendant. | § | |

**PURSUANT TO RULE 1.3(c)** of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jay A. Bondell, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

Lisbeth Bosshart
Shaub & Williams LLP
12121 Wilshire Blvd., Suite 205
Los Angeles, CA 90025
Tel: 310-826-6678
Fax: 310-826-8042

Ms. Bosshart is a member in good standing of the Bars of the States of New York and California. There are no pending disciplinary proceedings against Ms. Bosshart in any State or Federal court. Copies of Certificates of Good Standing for Ms Bosshart for these states are enclosed herewith.

Dated: August 19, 2008

                            SCHWEITZER CORNMAN GROSS & BONDELL LLP
                            Attorneys for Plaintiff
                            292 Madison Avenue
                            19th Floor
                            New York, NY 10017
                            Telephone: (646) 424-0770
                            Facsimile: (646) 424-0880

By                       _____
                            Jay A. Bondell (JB 8521)

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

August 4, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LISBETH BOSSHART REVILL, #201822 was admitted to the practice of law in this state by the Supreme Court of California on June 9, 1999; that at her request, on June 13, 2000, her name was changed to LISBETH ELSA MARIA BOSSHART on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*[signature]*

J. Robert McPhail
Custodian of Membership Records



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, **Michael J. Novack**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Lisbeth Elsa Maria Bosshart

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **26th day of November, 2002**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **1st day of August, 2008**.



_____
Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MODAVOX, INC. | § § § | 07 CV 7088 (CM) |
| Plaintiff, | § § | DECLARATION OF JAY A. BONDELL |
| v. | § § | IN SUPPORT OF MOTION TO ADMIT |
| TACODA, INC. | § § § | COUNSEL PRO HAC VICE |
| | § § § | [ECF Case] |
| Defendant. | § § | |

I, Jay A. Bondell, declare as follows:

1. I am an attorney at Schweitzer Cornman Gross & Bondell LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Lisbeth Bosshart as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1978. I am also admitted to the bar of the United States District Courts for the Southern and Eastern Districts of New York, and am in good standing with those Courts.

3. I know Lisbeth Bosshart, who is an attorney at Shaub & Williams LLP in Los Angeles, California.

4. I have found Ms. Bosshart to be a skilled attorney and a person with high integrity and moral character. Ms. Bosshart is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

5. Accordingly, I am pleased to move the admission of Lisbeth Bosshart, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Ms. Bosshart, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Lisbeth Bosshart, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed: New York, NY
August 19, 2008

By _____
Jay A. Bondell (JB 8521)

SCHWEITZER CORNMAN GROSS & BONDELL LLP
Attorneys for Plaintiff
292 Madison Avenue
19th Floor
New York, NY 10017
Telephone: (646) 424-0770
Facsimile: (646) 424-0880

## **CERTIFICATE OF SERVICE**

It is hereby certified that on August 19, 2008, a true copy of the foregoing Motion to Admit Counsel Pro Hac Vice, Declaration of Jay A. Bondell in support thereof, and order for admission pro hac vice, has been served by first class mail, postage prepaid, upon:

>Paul R. Gupta
>Orrick, Herrington & Sutcliffe LLP
>666 Fifth Avenue
>New York, NY 10103

By: _____
Jay A. Bondell

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MODAVOX, INC. | § § § | 07 CV 7088 (CM) |
| Plaintiff, | § § | |
| v. | § § | ORDER |
| | § § | |
| TACODA, INC. | § § | [ECF Case] |
| | § § § § | |
| Defendant. | § | |

Upon the motion of Jay A. Bondell, attorney for Plaintiff Modavox, Inc., and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

Lisbeth Bosshart
Shaub & Williams LLP
12121 Wilshire Blvd., Suite 205
Los Angeles, CA 90025
Tel: 310-826-6678
Fax: 310-826-8042

is admitted to practice *pro hac vice* as counsel for Plaintiff Modavox, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____, 2008
New York, NY

_____
UNITED STATES DISTRICT JUDGE