IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MODAVOX, INC. | § § § | 07 CV 7088 (CM) |
| Plaintiff, | § § | |
| v. | § § | ORDER |
| | § § | |
| TACODA, INC. | § § | [ECF Case] |
| | § § § § | |
| Defendant. | § | |

Upon the motion of Jay A. Bondell, attorney for Plaintiff Modavox, Inc., and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

Lisbeth Bosshart
Shaub & Williams LLP
12121 Wilshire Blvd., Suite 205
Los Angeles, CA 90025
Tel: 310-826-6678
Fax: 310-826-8042

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08
```

is admitted to practice *pro hac vice* as counsel for Plaintiff Modavox, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: August 27, 2008
New York, NY

_____
UNITED STATES DISTRICT JUDGE