David R. Shaub (California SBN 032322) (admitted *pro hac vice*)
Lisbeth Bosshart (California SBN 201822) (admitted *pro hac vice*)
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025-1165
(310) 826-6678; (310) 826-8042 (fax)
lawfirm@sw-law.com

David Rosenbaum (admitted *pro hac vice*)
ROSENBAUM & SILVERT
650 Dundee Road, Suite 380
Northbrook, IL 60062
(847) 770-6000; (847) 770-6006 (fax)
drosenbaum@biopatentlaw.com

Attorneys for Plaintiff Modavox, Inc., a Delaware Corporation

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 11/13/09

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MODAVOX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TACODA, INC., a Delaware corporation;<br><br>Defendants. | CASE NO. 1:07-cv-07088 (CM)<br><br>[~~PROPOSED~~] ORDER GRANTING FILING UNDER SEAL<br><br>Filed: August 9, 2007<br>Trial: None Set |

IT IS HEREBY ORDERED THAT:

1. Plaintiffs may file the following documents in their unredacted form under seal:

- Motion for Sanctions for Spoliation of Evidence and Evasive Disclosure Practices;

- Declaration of Andrew Cromarty in Support of Motion for Sanctions for Spoliation of Evidence and Evasive Disclosure Practices;
- Declaration of Andrew Cromarty, PH.D. in Support of Plaintiff Modavox's Motion For Sanctions For Spoliation of Evidence And Evasive Disclosure Practices;
- Declaration of David R. Shaub, Esq. in Support of Plaintiff Modavox's Motion For Sanctions for Spoliation of Evidence And Evasive Disclosure Practices;
- Declaration of Andrew Burgess in Support of Plaintiff Modavox's Motion for Sanctions For Spoliation of Evidence and Evasive Disclosure Practices;
- Exhibits In Support of Motion for Sanctions for Spoliation of Evidence and Evasive Disclosure Practices – Part 1 [Exhibits 1-34], specifically Exhibit 19 and Exhibit 34
- Exhibits In Support of Motion for Sanctions for Spoliation of Evidence and Evasive Disclosure Practices – Part 2 [Exhibits 35-66], specifically Exhibits 35-54

2. It is further order that the ~~following~~ briefing schedule will apply: *shall be in accordance with section 2.B of this Court's Individual Practices* ~~Defendant Tacoda, Inc. will be given 14 days from the date of service to respond to the Motion for Spoliation of Evidence and Evasive Disclosure Practices; and Plaintiff will be accorded 7 days to reply to Defendant's response.~~

3. ~~It is further ordered that_____.~~

DATED: ~~October~~ November 13, 2009

_____
Honorable Gabriel W. Gorenstein
United States District Court Judge

2  [Proposed] Order Granting Filing Under Seal