UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Augme Technologies, Inc.,
        Plaintiff(s),

    -against-

Tacoda, Inc.,
        Defendant(s).
----------------------------------------X

07 Civ. 7088 (CM) (GWG)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Gabriel W. Gorenstein, United States Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

___ Specific Non-Dispositive Motion/Dispute:*

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation

    Particular Motion:_____

    All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: August 4, 2010
       New York, New York

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 8/4/10]