UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AUGME TECHNOLOGIES, INC.,                    :

                                             :     ORDER
                    Plaintiff,                     07 Civ. 7088 (CM) (GWG)
                                             :

        -v.-                                 :

                                             :

TACODA, INC.,                                :
                    Defendant.               :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/6/10_

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        As discussed at a conference held today, there shall be no new discovery requests by any party in this case.

        SO ORDERED.

Dated: August 5, 2010
        New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge