SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/10

Gorenstein, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGME TECHNOLOGIES, INC., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> TACODA, INC., § <br> § <br> Defendant. § <br> § | CIVIL ACTION NO. 07-CV-7088 (CM)(GWG) <br><br> JOINT STIPULATION AND [PROPOSED] ORDER <br><br> Honorable Gabriel W. Gorenstein |

## JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON MOTION TO COMPEL DEPOSITIONS

This Joint Stipulation and [Proposed] Order is entered into by Plaintiff Augme Technologies, Inc. ("Augme") and defendant TACODA, Inc., presently Tacoda LLC ("TACODA") (collectively, the "Parties") to the above-captioned action.

WHEREAS, through this Stipulation the Parties seek to stipulate and have the Court so order a short extension of the briefing schedule on Augme's Motion to Compel the Depositions of Messrs. Armstrong and Minson ("Motion to Compel");

WHEREAS, all remaining dates in the scheduling order would remain the same; in particular, the hearing on this motion would still be scheduled for Tuesday, September 14, 2010;

WHEREAS, Mr. Paul Gupta of Orrick, Herrington & Sutcliffe LLP, counsel for TACODA, and Mr. David Shaub of Shaub & Williams LLP, counsel for Augme, conducted a telephone conference call on Friday, August 13, 2010 where Augme requested an extension of its time to file its Motion to Compel from August 12, 2010 to August 16, 2010;

WHEREAS, Mr. Gupta agreed to an extension of time for Augme to file its Motion to Compel and Mr. Shaub agreed to an extension of time for TACODA to file its opposition from August 26, 2010 to August 30, 2010; and

WHEREAS, Orrick agreed through an email sent on August 18, 2010, to extend the time for Augme to reply to TACODA's opposition from September 2, 2010 to September 3, 2010.

NOW THEREFORE, the Parties hereby stipulate, by and through their respective counsel, that (i) Augme shall have its time extended to file its Motion to Compel the Depositions of Messrs. Armstrong and Minson from its original due date of August 12, 2010 to August 16, 2010, (ii) TACODA's time in which to oppose the Motion to Compel shall be extended from its original due date of August 26, 2010 to August 30, 2010; and (iii) Augme's time in which to file its reply to the opposition to Motion to Compel shall be extended from its original due date of Thursday, September 2, 2010 to Friday, September 3, 2010.

Dated: August 18, 2010

SHAUB & WILLIAMS LLP

By: _____

David R. Shaub (admitted pro hac vice)
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025-1165
Telephone: (310) 826-6678
Facsimile: (310) 826-8042

Attorneys for Plaintiff and Counterclaim Defendant Augme Technologies, Inc.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____

Clifford R. Michel
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 505-5151

Attorneys for Defendant and Counterclaimant TACODA, Inc.

**IT IS SO ORDERED.**

Dated: 8/20/2010

Honorable Gabriel W. Gorenstein
United States District Court