David R. Shaub (California SBN 032322) (admitted *pro hac vice*)
Lisbeth Bosshart Merrill (California SBN 201822) (admitted *pro hac vice*)
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025-1165
(310) 826-6678; (310) 826-8042  (fax)
lawfirm@sw-law.com

David Rosenbaum (admitted *pro hac vice*)
ROSENBAUM & SILVERT, P.C.
1480 Techny Road
Northbrook, IL 60062
(847) 770-6000; (847) 770-6006 (fax)
drosenbaum@biopatentlaw.com

Jay A. Bondell (S.D.N.Y. Bar No. JB8521)
LADAS & PARRY LLP
26 West 61st Street
New York, NY 10023
(212) 708-1800; (212) 246-8959 (fax)
jbondell@ladas.com

Attorneys for Plaintiff Augme Technologies, Inc., a Delaware Corporation

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUGME TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TACODA LLC, a Delaware Corporation, and AOL, INC., a Delaware Corporation;<br><br>Defendants. | CASE NO.  1:07-cv-07088-CM-GWG<br><br>**PLAINTIFF'S ANSWER TO DEFENDANTS' COUNTERCLAIMS IN ITS ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Before: Honorable Magistrate Judge Gabriel W. Gorenstein |

**PLAINTIFF'S ANSWER TO
DEFENDANTS'  COUNTERCLAIMS**

## AUGME TECHNOLOGIES, INC.'S ANSWER TO COUNTERCLAIMS

Counterclaim Defendant Augme Technologies, Inc. ("Augme") by its attorneys answers the counterclaims ("Counterclaims") set forth in Counterclaim Plaintiffs Tacoda, LLC and AOL, Inc.'s ("Counterclaim Plaintiffs") Answer to Second Amended Complaint ("Answer") as follows:

## COUNTERCLAIMS

29. Augme admits that paragraph 29 of the Counterclaims states allegations for declaratory judgment against Augme as a counterclaim defendant.

30. Augme admits that the Counterclaims are for declaratory judgment alleging noninfringement and invalidity of U.S. Patent No. 6,594,691 ("the '691 Patent") and U.S. Patent No. 7,269,636 ("the '636 Patent").

## THE PARTIES

31. Augme admits that paragraph 31 of the Counterclaims state facts admitted in Paragraph 2 of the Answer.

32. Augme is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 32 of the Counterclaims, and therefore denies the same.

33. Augme admits Paragraph 33 of the Counterclaims.

## JURISDICTION

34. With respect to the first sentence of Paragraph 34 of the Counterclaims, Augme admits that the Counterclaims bring an action under 28 U.S.C. § 2201 involving allegations of noninfringement and invalidity of the '691 Patent and the '636 Patent under 35 U.S.C. § 101 ET SEQ. With respect to the second sentence of Paragraph 34 of the Counterclaims, Augme further admits that this action arises under 35 U.S.C. § 101 et seq. and that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a). Augme otherwise denies all other allegations in Paragraph 34 of the Counterclaims.

35. Augme admits Paragraph 35 of the Counterclaims.

36. Augme admits Paragraph 36 of the Counterclaims.

PLAINTIFF'S ANSWER TO
DEFENDANTS' COUNTERCLAIMS

## BACKGROUND

37.  Augme refers to and incorporates herein the responses of Paragraphs 29-36 above, as though fully asserted herein.

38.  Augme admits Paragraph 38 of the Counterclaims.

39.  Augme admits Paragraph 39 of the Counterclaims.

## COUNT 1

### Declaratory Judgment of Noninfringement of U.S. Patent No. 6,594,691

40.  Augme refers to and incorporates herein the responses of Paragraphs 29-39 above, as though fully asserted herein.

41.  Augme admits Paragraph 41 of the Counterclaims.

42.  Augme admits Paragraph 42 of the Counterclaims.

43.  Augme denies all allegations in Paragraph 43 of the Counterclaims.

44.  Paragraph 44 of the Counterclaims is a request for declaratory judgment to which no response is required.  To the extent that any response is required, Augme admits that Counterclaim Plaintiffs are seeking declaratory judgment from this Court and that this declaratory action proceeds under Rule 57 of the Federal Rules of Civil Procedure and 28 U.S.C. § 2201, but Augme otherwise denies all other allegations in Paragraph 44 of the Counterclaims, including those alleging that Counterclaim Plaintiffs are not infringing the '691 Patent and those alleging that Counterclaim Plaintiffs are entitled to any declaratory judgment thereto or other declaratory relief.

## COUNT 2

### Declaratory Judgment of Invalidity and Unenforceability of U.S. Patent No. 6,594,691

45.  Augme refers to and incorporates herein the responses of Paragraphs 29-44 above, as though fully asserted herein.

46.  Augme denies all allegations in Paragraph 46 of the Counterclaims.

47.  Paragraph 47 of the Counterclaims is a request for declaratory judgment to which no response is required.  To the extent that any response is required, Augme admits that Counterclaim Plaintiffs are seeking declaratory judgment from this Court and that this

SHAUB & WILLIAMS LLP
12121 WILSHIRE BLVD. STE 205
LOS ANGELES CA, 90025
(310) 826-6678 FAX (310) 826-8042
LAWFIRM@SW-LAW.COM

declaratory action proceeds under Rule 57 of the Federal Rules of Civil Procedure and 28 U.S.C. § 2201, but Augme otherwise denies all other allegations in Paragraph 47 of the Counterclaims, including those alleging the '691 Patent to be invalid and/or unenforceable.

## COUNT 3

### Declaratory Judgment of Noninfringement of U.S. Patent No. 7,269,636

48. Augme refers to and incorporates herein the responses of Paragraphs 29-47 above, as though fully asserted herein.

49. Augme admits that the USPTO duly issued Patent No. 7,269,636, but denies that the title of the patent is as stated in Paragraph 49 of the Counterclaims.

50. Augme admits Paragraph 50 of the Counterclaims.

51. Augme denies all allegations in Paragraph 51 of the Counterclaims.

52. Paragraph 52 of the Counterclaims is a request for declaratory judgment to which no response is required. To the extent that any response is required, Augme admits that Counterclaim Plaintiffs are seeking declaratory judgment from this Court and that this declaratory action proceeds under Rule 57 of the Federal Rules of Civil Procedure and 28 U.S.C. § 2201, but Augme otherwise denies all other allegations in Paragraph 52 of the Counterclaims, including those alleging that Counterclaim Plaintiffs are not infringing the '636 Patent and those alleging that Counterclaim Plaintiffs are entitled to any declaratory judgment thereto or other declaratory relief.

## COUNT 4

### Declaratory Judgment of Invalidity and Unenforceability of U.S. Patent No. 7,269,636

53. Augme refers to and incorporates herein the responses of Paragraphs 29-52 above, as though fully asserted herein.

54. Augme denies all allegations in Paragraph 54 of the Counterclaims.

55. Paragraph 55 of the Counterclaims is a request for declaratory judgment to which no response is required. To the extent that any response is required, Augme admits that Counterclaim Plaintiffs are seeking declaratory judgment from this Court and that this declaratory action proceeds under Rule 57 of the Federal Rules of Civil Procedure and 28

**PLAINTIFF'S ANSWER TO DEFENDANTS' COUNTERCLAIMS**

U.S.C. § 2201, but Augme otherwise denies all other allegations in Paragraph 55 of the Counterclaims, including those alleging the '636 Patent to be invalid and/or unenforceable.

Dated: September 23, 2010            SHAUB & WILLIAMS LLP

/s/David R. Shaub/
David R. Shaub,
Attorneys for Plaintiff and Counterclaim Defendant,
AUGME TECHNOLOGIES, INC.

SHAUB & WILLIAMS LLP
12121 WILSHIRE BLVD. STE 205
LOS ANGELES CA, 90025
(310) 826-6678 FAX (310) 826-8042
LAWFIRM@SW-LAW.COM

**PLAINTIFF'S ANSWER TO DEFENDANTS' COUNTERCLAIMS**