UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AUGME TECHNOLOGIES, INC.,                  :

                                                                :   ORDER
                Plaintiff,                        07 Civ. 7088 (CM) (GWG)

               -v.-                                 :

                                                                 :

TACODA, INC.,                              :
                Defendant.               :
-------------------------------------------------------------X

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 10/1/10]

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     The issues raised in plaintiff's motion for sanctions (Docket # 79) are so bound up with factual, claim construction, and legal issues that they are best addressed following final claim construction and at the completion of all discovery in this case.

     Accordingly, the motion for sanctions (Docket # 79) is denied without prejudice to the filing of a new motion to be made at the time plaintiff makes submissions in support of or in opposition to any summary judgment motion.

     SO ORDERED.

Dated: September 30, 2010
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge